ALONZO FRANCE, RESPONDENT, *v.* THE ERIE RAILWAY COMPANY, APPELLANT.

*Indian reservation — power of State to construct highway in — Railway company — duty to keep roadway in repair — Presumption as to negligence.*

In an action to recover for injuries sustained by a horse of the plaintiff in crossing defendant's tracks, at their intersection with a highway in the Cattaraugus Indian Reservation, *held* (1), that the State had power to construct a highway in such reservation;* (2), that the defendant was liable for a neglect to keep its roadway in repair; and that a presumption of negligence arises from the existence of a defect, and the fact that an injury was caused thereby. †

* O'Mara v. Commissioners, 3 N. Y. Sup. Ct. Rep., 236.
† Worster v. Forty-second Street R. R. Co., 50 N. Y., 203.

APPEAL from a judgment of the Cattaraugus County Court, entered upon the verdict of a jury ; and from an order denying a motion for a new trial.

*John B. Ganson*, for the appellant.

*Ansley & Vreeland*, for the respondent.

Opinion by GILBERT, J.

Judgment and order denying a new trial affirmed.